IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TEMPLE HOUSTON | § | |
| V. | § | CIVIL ACTION NO. 6:05CV370 |
| SMITH COUNTY JAIL CLINIC | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie.  The Report of the Magistrate Judge, which contains her findings of fact and recommendations for the disposition of such action, has been presented for consideration.  It appearing that a copy of such Report was sent to the last known address of the Plaintiff by certified mail, return receipt requested; accordingly, such proposed findings and recommendations will be considered, since no objections have been forthcoming from the Plaintiff.

After careful deliberation concerning such proposed findings and recommendations, it is determined that they are correct and should be adopted by the Court.  It is therefore,

**ORDERED**  that such matter shall be, and it is hereby, **DISMISSED** without prejudice.  All motions not previously ruled on by either party are hereby **DENIED**.

**SIGNED this 27th day of January, 2006.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TEMPLE HOUSTON | § | |
| V. | § | CIVIL ACTION NO. 6:05CV370 |
| SMITH COUNTY JAIL CLINIC | § | |

FINAL JUDGMENT

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff take nothing by his suit and that the same is **DISMISSED** without prejudice.

**SIGNED** this ___ day of January, 2006.

_____

UNITED STATES DISTRICT JUDGE